IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EDUARDO ORTIZ MALDONADO

LUZ VIOLETA NIEVES QUINONES

DEBTOR(S)

CASE NO. 15-09413-MCF

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on 12/30/2015. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation value of the estate is: 0.00

3. With respect to the attached payment plan:

PLAN DATE: November 25, 2015     PLAN BASE: $13,700.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 2/10/2016

[ ] FAVORABLE          [X] UNFAVORABLE

1. [X] INSUFFICIENTLY FUNDED § 1325(b):

To pay secured creditors.

[X] OTHER:

1) Debtor needs to verify what accounts for a T/P after tax expense of $254.97 which is different from what he recognizes as a loan repayment which is T/P Loan of $169.91 which matures in Sept. 2016. 2) Scotiabank filed objection to confirmation since plan does not contemplate the full amount of the pre-petition arrears owed as per claim 1-1.

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$112.00/$2,888.00

Atty: ROBERTO FIGUEROA

/s/ Osmarie Navarro Martínez
Osmarie Navarro Martínez

USDC # 222611
**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC - WG