Certificate Number: 03605-PR-DE-026974320

Bankruptcy Case Number: 15-09413



03605-PR-DE-026974320

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2016, at 9:34 o'clock AM AST, LUZ VIOLETA NIEVES QUINONES completed a course on personal financial management given in person by Consumer Credit Counseling Service of Puerto Rico, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Puerto Rico.

Date:   February 19, 2016                    By:   /s/MARITZA DIAZ

Name:  MARITZA DIAZ

Title:   Counselor