IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-09413 MCF |
| EDUARDO ORTIZ MALDONADO<br>LUZ VIOLETA NIEVES QUIÑONES | * | CHAPTER 13 |
| | * | |
| <u>DEBTORS</u> | | |

NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COME NOW, **EDUARDO ORTIZ MALDONADO and LUZ VIOLETA NIEVES QUIÑONES,** debtors in the above captioned case, through the undersigned attorney and very respectfully state and pray as follows:

1. The debtors are hereby submitting an amended Chapter 13 Plan, dated May 13, 2016, herewith and attached to this motion.

2. This amended Plan is filed to provide for the correct amount owed on the pre-petition mortgage loan arrears ($3,192.14) pursuant to Scotiabank's POC #1-1, include the correct amount owed to Oriental Bank POC #2-1 (car loan) to be paid in full through the Plan, and increase the proposed Plan base to $16,125 to cure the "insufficiently funded" issue raised by the Trustee (dkt #14), in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 13th day of May, 2016.

/s/Roberto Figueroa Carrasquillo
**USDC #203614**
***RFIGUEROA CARRASQUILLO LAW OFFICE PSC***
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: ORTIZ MALDONADO, EDUARDO & NIEVES QUINONES, LUZ VIOLETA
Debtor(s)

Case No. **3:15-bk-9413**
Chapter **13**

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE  ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **5/13/2016**
Filed by: ☑ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **120.00** x **9** = $ **1,080.00**
$ **295.00** x **51** = $ **15,045.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **16,125.00**

Additional Payments:
$ ____ to be paid as a LUMP SUM within ____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other: _____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **16,125.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,888.00**

Signed: **/s/ EDUARDO ORTIZ MALDONADO**
Debtor

**/s/ LUZ VIOLETA NIEVES QUINONES**
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ ____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **Scotiabank De Puert**  Cr. ____  Cr. ____
# **14240794**  # ____  # ____
$ **3,192.14**  $ ____  $ ____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **Oriental Bank**  Cr. ____  Cr. ____
# **961822604800001**  # ____  # ____
$ **4,471.50**  $ ____  $ ____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. ____  Cr. ____  Cr. ____
# ____  # ____  # ____
$ ____  $ ____  $ ____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
**Caribbean Refrescos   Scotiabank De Puert**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: ____
☐ Paid 100% / ☐ Other: ____
Cr. ____  Cr. ____  Cr. ____
# ____  # ____  # ____
$ ____  $ ____  $ ____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* "Any excess over $1,200.00 from debtor's Christmas Bonus will be devoted each year to the plan's funding until completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor shall seek court's authorization prior any use of funds".
* Debtors to provide ADEQUATE PROTECTION PAYMENTS to Oriental Bank through the Trustee in the sum $120 per month until confirmation.
* Debtor to provide auto insurance (Eastern America Insurance Company) upon maturity to Oriental Bank through Chapter 13 Plan.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC**  Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

```
Label Matrix for local noticing            (p)ORIENTAL BANK AND TRUST              SCOTIABANK DE PUERTO RICO
0104-3                                     PO BOX 195115                           FORTUNO & FORTUNO FAS
Case 15-09413-MCF13                        SAN JUAN PR 00919-5115                  PO BOX 9300
District of Puerto Rico                                                            SAN JUAN, PR 00908-0300
Old San Juan
Fri May 13 13:41:30 AST 2016

US Bankruptcy Court District of P.R.       Caribbean Refrescos, Inc.               Citifinancial
Jose V Toledo Fed Bldg & US Courthouse     Merrill Lynch                           605 Munn Road
300 Recinto Sur Street, Room 109           PO Box 11999                            Fort Mill, SC 29715-8421
San Juan, PR 00901-1964                    Cidra, PR 00739-1999


Claro                                      DTOP                                    Luis Ricardo Rivera Santos, Esq.
Po Box 360998                              PO Box 41269 MINILLAS STATION           Ave, Pino H-23 Villa Turabo
San Juan, PR 00936-0998                    SAN JUAN, PR 00940-1269                 Caguas, PR 00725-6146



MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR   Midland Funding                     Ocean Park Finance
MIDLAND FUNDING LLC                        2365 Northside Drive                    Puerto Rico LLC
PO BOX 2011                                San Diego, CA 92108-2709                PO Box 743050
WARREN, MI 48090-2011                                                              Atlanta, GA 30374-3050


Ocean Park Finance Puerto Rico LLC         Operating Partners CO LLC               Oriental Bank
Account #: 500134-150508                   PO Box 194499                           Po Box 1952
B5 Tabonuco Street (Ste 216) Pmb 303       San Juan, PR 00919-4499                 Humacao, PR 00791
Guaynabo, PR 00968-3029


Scotiabank De Puerto Rico                  Synchrony Bank                          Synchrony Bank / JCPenny
290 Jesus T Pinero Ave                     c/o of Recovery Management Systems Corp 2365 Northside Drive
Hato Rey, PR 00919                         25 S.E. 2nd Avenue, Suite 1120          San Diego, CA 92108-2709
                                           Miami, FL 33131-1605


ALEJANDRO OLIVERAS RIVERA                  EDUARDO ORTIZ MALDONADO                 LUZ VIOLETA NIEVES QUINONES
ALEJANDRO OLIVERAS CHAPTER 13 TRUS         URB SAN RAFAEL                          URB SAN RAFAEL
PO BOX 9024062                             E-5 3 STREET                            E-5 3 STREET
SAN JUAN, PR 00902-4062                    CAGUAS, PR 00725-4683                   CAGUAS, PR 00725-4683


MONSITA LECAROZ ARRIBAS                    ROBERTO FIGUEROA CARRASQUILLO
OFFICE OF THE US TRUSTEE (UST)             PO BOX 186
OCHOA BUILDING                             CAGUAS, PR 00726-0186
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
ORIENTAL BANK                              (d)ORIENTAL BANK                        End of Label Matrix
ENRIQUE NASSAR RIZEK & ASSOCIATES          ANGEL M. VAZQUEZ BAUZA                  Mailable recipients    22
PO BOX 191017                              PO BOX 191017                           Bypassed recipients     0
SAN JUAN, PR 00919                         SAN JUAN PR, 00919-1017                 Total                  22
```